DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TY WEST,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-3347

[June 23, 2022]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Martin S. Fein, Judge; L.T. Case No. 14-11171CF10A.

Ty West, Malone, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

WARNER, GERBER and ARTAU, JJ., concur.

*             *             *

***Not final until disposition of timely filed motion for rehearing.***